■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARCUS M. MACON, Appellant. [908 NYS2d 381]—Appeal from a judgment of the Supreme Court, Monroe County (Francis A. Affronti, J.), rendered June 19, 2007. The judgment convicted defendant, upon his plea of guilty, of robbery in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Martoche, J.P., Centra, Carni, Lindley and Green, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GEORGE HARRIS, Appellant. [908 NYS2d 381]—Appeal from a judgment of the Erie County Court (Shirley Troutman, J.), rendered November 17, 2008. The judgment convicted defendant, upon a nonjury verdict, of murder in the second degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Martoche, J.P., Centra, Carni, Lindley and Green, JJ.

■ In the Matter of GEORGE K. and Others, Children Alleged to be Neglected. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; STEPHEN K., Appellant. [907 NYS2d 912]—Appeal from an order of the Family Court, Erie County (Patricia A. Maxwell, J.), entered July 23, 2009 in a proceeding pursuant to Family Court Act article 10. The order, among other things, adjudged that respondent neglected his children.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the decision at Family Court. Present—Martoche, J.P., Centra, Carni, Lindley and Green, JJ.